IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
09/01/2010

| | | |
|---|---|---|
| IN RE: | § | BANKRUPTCY CASE NO. |
| | § | |
| JOSEPH V. ZAPATA and | § | 09-37614-H3-11 |
| MERIH O. ZAPATA, | § | |
| DEBTORS | § | Chapter 11 |
| | § | |
| AND | § | |
| | § | |
| WYNDEHAVEN TERRACE | § | 09-39354-H1-11 |
| BANQUET FACILITIES, INC. | § | |
| DEBTOR | § | Chapter 11 |

## ORDER CONDITIONALLY APPROVING DEBTORS' DISCLOSURE STATEMENT AND SUPPLEMENT TO DISCLOSURE STATEMENT AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN, COMBINED WITH NOTICE THEREOF

Debtors' Disclosure Statement under Chapter 11 of the Bankruptcy Code having been filed by Wyndehaven Terrace Banquet Facilities, Inc and Joseph and Merih Zapata on August 9, 2010, and their Supplement to the Disclosure Statement having been filed on August 19, 2010, referring to Debtors' Plan of Reorganization under Chapter 11 of the Code filed by Debtors on August 9, 2010; and

It having been determined that the disclosure statement and supplement to the disclosure statement contain adequate information provided the following are attached to the disclosure statement: (1) all monthly operating reports for Wyndehaven Terrace Banquet Facilities, Inc. from December, 2009 through July, 2010; (2) all monthly financial reports for Mr. and Mrs. Zapata from October, 2009 through July, 2009; and (3) an amended Statement of Financial Affairs for Questions Nos. 1 and 2 for Mr. and Mrs. Zapata setting out the correct income of Mr. and Mrs. Zapata for the years 2007, 2008, and 2009 up to their petition date, along with an explanation and breakdown of the income, if necessary, and whether or not the income reported is on an accrual or cash basis.

IT IS ORDERED, and notice is hereby given, that:

A. The disclosure statement filed by WYNDHAVEN TERRACE BANQUET FACILITIES, INC. and JOSEPH V. AND MERIH O. ZAPATA dated August 9, 2010, and the Supplement to the Disclosure Statement filed on August 19, 2010, are CONDITIONALLY approved.

B. Within __2__ days after the entry of this order, the plan, the disclosure statement, the supplement to the disclosure statement, along with the required additions to the disclosure statement as set out above, and a ballot conforming to Official Form 14 shall be mailed to creditors, equity security holders, and other parties in interest, and shall be transmitted to the United States Trustee.

C __9/21/10__, 2010 is fixed as the last day for returning ballots.

D. __9/21/10__, 2010, is fixed as the last day for filing and serving pursuant to Fed.R.Bankr.P. 3017(c)(2) written objections to the disclosure statement

E. __9/21/10__, 2010, is fixed as the last day for filing and serving pursuant to Fed.R.Bankr.P. 3020(b)(1) written objections to confirmation of the plan.

F. __September 23__, 2010 at __11:00 am__ is fixed for the hearing on confirmation of the plan and final approval of the disclosure statement. The hearing will be held in Courtroom 401, 515 Rusk, Houston, Texas.

G. Notice of the time for filing objections and the hearing the hearing to consider confirmation of the plan pursuant to Rule 2002(b), Fed. R. Bankr. P., is shortened in accordance with the dates set forth in this order.

8/31/10

Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE

2